## THE WASHINGTON PARK CLUB

*v.*

## THE CITY OF CHICAGO.

*Opinion filed April 18, 1901.*

This case is controlled by the decision in *Kuester* v.*City of Chicago*, 187 Ill. 21.

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

WILLIAM F. CARROLL, for plaintiff in error.

Per CURIAM: Upon the authority of *Kuester* v. *City of Chicago*, 187 Ill. 21, the judgment in this case will be reversed, and the cause will be remanded to the county court of Cook county for further proceedings in conformity with the views expressed in the *Kuester case.*

*Reversed and remanded.*